# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Mark A. Perry
Direct: +1 202.887.3667
Fax: +1 202.530.9696
MPerry@gibsondunn.com

November 10, 2016

<u>VIA ECF</u>

Hon. Peter R. Marksteiner
Circuit Executive and Clerk of Court
United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, D.C. 20439

Re:   *Smartflash LLC v. Apple Inc.*, No. 16-1059
      (Oral Argument Scheduled for December 7, 2016)

Dear Mr. Marksteiner:

Pursuant to Rule 28(j), Apple respectfully informs the Court that the Patent Trial and Appeal Board ("PTAB") this week issued seven additional Final Written Decisions in which it found that related Smartflash claims that are similar to the four claims asserted in this case are ineligible under 35 U.S.C. § 101. The PTAB's seven decisions are attached.

With these decisions, the PTAB has now found that all of the claims of the three patents-in-suit (U.S. Patent Nos. 7,334,720, 8,336,772, and 8,118,221), and all of the claims of four other related patents, are ineligible for patenting because they are directed to abstract ideas but contain no inventive concept. And in the decisions issued this week, the PTAB considered and rejected Smartflash's arguments regarding this Court's recent Section 101 decisions, including *FairWarning IP, LLC v. Iatric Systems, Inc.*, 2016 WL 5899185 (Fed. Cir. Oct. 11, 2016), *Affinity Labs of Texas, LLC v. Amazon.com Inc.*, 2016 WL 5335502 (Fed. Cir. Sept. 23, 2016), *BASCOM Global Internet Services, Inc. v. AT&T Mobility LLC*, 827 F.3d 1341 (Fed. Cir. 2016), *In re TLI Communications LLC Patent Litigation*, 823 F.3d 607 (Fed. Cir. 2016), and *Enfish, LLC v. Microsoft Corp.*, 822 F.3d 1327 (Fed. Cir. 2016).

As Apple informed the Court in its reply brief (at 4-5) and Rule 28(j) letters filed on June 1, 2016 (Dkt. 65-1) and October 25, 2016 (Dkt. 85-1), the PTAB previously made final determinations that all four of the claims tried in this case are ineligible. Smartflash has not responded to those submissions, although it did contend (in opposing Apple's motion to coordinate this appeal with Smartflash's pending appeals from the PTAB rulings) that the PTAB's determinations were "incorrect[]" for reasons that "largely track the arguments that Smartflash made in this Court in defense of the liability judgment." Dkt. 68 at 5.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

GIBSON DUNN

November 10, 2016
Page 2

      Although Smartflash has chosen not to address the significance of the PTAB's rulings, Apple will be ready to discuss this critical development at argument on December 7.

Respectfully submitted,
/s/ Mark A. Perry

Mark A. Perry
Principal Attorney for Apple Inc.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC 20036
(202) 955-8500
(202) 530-9696
mperry@gibsondunn.com

cc: All counsel of record (via ECF)

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   November 10, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Mark A. Perry | /s/ Mark A. Perry |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Gibson, Dunn & Crutcher LLP |
| Address | 1050 Connecticut Avenue, N.W. |
| City, State, Zip | Washington, D.C. 20036 |
| Telephone Number | (202) 955-8500 |
| Fax Number | (202) 530-9696 |
| E-Mail Address | MPerry@gibsondunn.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields